THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS MALKIN and Others, Appellants.— Motion for reargument of motion to extend time in which to argue appeal granted, and, on such reargument, appellants' time to argue said appeal is extended upon condition that the case on appeal, and appellants' points, be filed and served, as required by the rule, on or before Saturday October 23, 1926, for the November term of this court; and the appeal is set for

argument on Monday, November 8, 1926. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.